| | |
|---|---|
| 1 | TYLER ATKINSON (257997) |
| 2 | HILARY WEDDELL (293276)<br>McMANIS FAULKNER |
| 3 | a Professional Corporation<br>50 West San Fernando Street, 10th Floor |
| 4 | San Jose, California 95113<br>Telephone:   (408) 279-8700 |
| 5 | Facsimile:   (408) 279-3244<br>Email:          tatkinson@mcmanislaw.com |
| 6 | Attorneys for Defendant, |
| 7 | INTEL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY GOLDEN<br><br>  *Pro Se* Plaintiff,<br><br>  vs.<br><br>INTEL CORPORATION<br><br>  Defendant, | Case No.:   C-22-03828 NC<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:    September 21, 2022<br>Time:    1:00 p.m.<br>Ctrm.:   5, 4th Floor<br>Judge:   Hon. Nathanael M. Cousins |

1

CERTIFICATE OF SERVICE, CASE NO. C-22-03828 NC

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 50 West San Fernando Street, 10th Floor, San Jose, California 95113.  My email address is: lmoniz@mcmanislaw.com

On August 2, 2022, I served the foregoing document described as:

1) **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**

2) **DECLARATION OF TYLER ATKINSON IN SUPPORT OF DEFENDANT INTEL CORPORATION'S MOTION TO DISMISS COMPLAINT**

3) **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT INTEL CORPORATION'S MOTION TO DISMISS COMPLAINT**

4) **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

on the parties in this action by placing a true copy(ies) or the original(s) thereof enclosed in a sealed envelope(s) addressed as follows:

Larry Golden                                                                    Pro Se
740 Woodruff Rd., #1102
Greenville, SC 29607
864-288-5605

☒ **(BY FEDERAL EXPRESS)**  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above or on the attached service list.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

Dated:  August 2, 2022                            /s/ *Lisa M. Moniz*
                                                                   Lisa M. Moniz