TYLER ATKINSON (257997)
HILARY WEDDELL (293276)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:       tatkinson@mcmanislaw.com

Attorneys for Defendant,
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY GOLDEN<br><br>    *Pro Se* Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION<br><br>    Defendant, | Case No.:  C-22-03828 NC<br><br>**OBJECTION AND MOTION TO STRIKE PLAINTIFF'S RESPONSE TO INTEL CORPORATION'S MOTION TO DISMISS AND CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   September 21, 2022<br>Time:   1:00 p.m.<br>Ctrm.:  5, 4th Floor<br>Judge:  Hon. Nathanael M. Cousins |

Defendant, INTEL CORPORATION ("Intel"), objects and moves to strike "Plaintiff's Response to Intel's Motion to Dismiss and Cross Motion for Summary Judgement." <u>First</u>, the response was filed on September 1, 2022, two weeks after the response deadline of August 16, 2022, and after Intel's deadline to file a Reply.  <u>Second</u>, plaintiff's filing exceeds the page limit and contains inflammatory matter.  (See, e.g., Dkt. 13, p. 23 (accusing of racism the federal judges who have ruled against plaintiff).)  <u>Third</u>, to the extent the filing purports to be a motion for summary judgment, plaintiff has not complied with Civil Local Rules 56-1, 7-1, or 7-2.

1 | For these reasons, Intel requests an order striking the response.  In the alternative, should the Court consider it, Intel respectfully requests a revised deadline to file a Reply.

DATED: September 6, 2022

McMANIS FAULKNER

*/s/ Tyler Atkinson*
TYLER ATKINSON

Attorneys for Defendant
INTEL CORPORATION