1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    LARRY GOLDEN,                          Case No. 22-cv-03828 NC

Plaintiff,

8                                           **ORDER GRANTING INTEL'S**
**MOTION TO STRIKE (ECF 15)**
9       v.                                  **AND GRANTING GOLDEN'S**
**MOTION TO RESCHEDULE**
10   INTEL CORPORATION,                     **HEARING (ECF 13)**

Defendant.

11

12

13          In this antitrust and patent action brought by plaintiff Larry Golden, defendant Intel

14   moved to dismiss the complaint under Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  ECF 7.

15   Golden filed two briefs opposing dismissal: at ECF 13, a 159-page response docketed on

16   September 1, 2022; and at ECF 18, a 170-page filing also docketed on September 1.  Both

17   of Golden's briefs indicate that they are also a cross-motion for summary judgment.  ECF

18   13, 18.

19          On September 6, 2022, Intel objected to and moved to strike Golden's opposition

20   brief and cross-motion for summary judgment.  ECF 15.  Golden responded to the

21   objection on September 13.  ECF 19.

22          The Court GRANTS Intel's motion to strike because Golden's opposition exceeds

23   the 25-page limit of Civil Local Rule 7-3(a), and the summary judgment motion does not

24   comply with the procedural requirements of Civil Local Rules 56-1, 7-1, and 7-2.  The

25   Court strikes ECF 13 and 18.  This problem is fixable.  Golden is granted permission to

26   file a single brief, not to exceed 25 pages, by September 28, 2022.  Intel must reply by

27   October 12, 2022.  The hearing is rescheduled from September 21 to November 2, 2022, at

28   1:00 p.m. by Zoom video webinar.

United States District Court
Northern District of California

Golden separately has moved to continue the case management conference. ECF 14. His request is GRANTED. The case management conference is hereby continued from September 28, 2022, to November 16, 2022, at 10:00 a.m. by telephone. The telephone number is 888.684.8852, and access password 1557087. A joint case management statement is due November 9, 2022.

**IT IS SO ORDERED.**

Dated: September 14, 2022

_____

NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California