1  TYLER ATKINSON (257997)
   HILARY WEDDELL (293276)
2  McMANIS FAULKNER
   a Professional Corporation
3  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
4  Telephone:   (408) 279-8700
   Facsimile:   (408) 279-3244
5  Email:       tatkinson@mcmanislaw.com

6  Attorneys for Defendant,
   INTEL CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | LARRY GOLDEN | Case No.:   C-22-03828 NC |

13 | *Pro Se* Plaintiff, | **OBJECTION AND MOTION TO STRIKE PLAINTIFF'S RESPONSE TO INTEL CORPORATION'S MOTION TO DISMISS AND CROSS MOTION FOR SUMMARY JUDGMENT** |

14 | vs. | |

15 | INTEL CORPORATION | |

16 | Defendant, | Ctrm.:   5, 4th Floor
Judge:   Hon. Nathanael M. Cousins |

17

18

19

20     Defendant, INTEL CORPORATION ("Intel"), objects and moves to strike "Plaintiff's

21 Response to Intel's Motion to Dismiss and Cross Motion for Summary Judgement."

22     On August 2, 2022, Intel filed a motion to dismiss plaintiff's complaint (Dkt. 7).

23     On September 1, 2022, plaintiff filed a response and "cross-motion for summary

24 judgment." (Dkt. 13)  On September 14, 2022, the Court struck plaintiff's response based on his

25 failure to comply with the relevant rules.  The Court noted, "the summary judgment motion does

26 not comply with the procedural requirements of Civil Local Rules 56-1, 7-1, and 7-2. . . . Golden

27 is granted permission to file **a single brief**, not to exceed 25 pages, by September 28, 2022."

28 (Dkt. 20, emphasis added)

On September 28, 2022, plaintiff once again filed two combined briefs, a "Response to Defendant's Motion to Dismiss and Plaintiff's Notice of Authority In Support of Plaintiff's Cross-Motion for Summary Judgement."  Plaintiff has not filed a single brief as he was granted leave to do, and once again, plaintiff has not complied with Civil Local Rules 56-1, 7-1, or 7-2.

Intel requests the Court strike Docket 21 as the document is not a "single brief" addressing the pending motion to dismiss, and further, to the extent it purports to be a motion for summary judgment, the filing does not comply with Civil Local Rules 56-1, 7-1, and 7-2.

DATED:  September 30, 2022

McMANIS FAULKNER

*/s/ Tyler Atkinson*
TYLER ATKINSON
Attorneys for Defendant, Intel Corporation

# CERTIFICATE OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 50 West San Fernando Street, 10th Floor, San Jose, California 95113.  My email address is: lmoniz@mcmanislaw.com

On September 30, 2022, I served the foregoing document described as:

**OBJECTION AND MOTION TO STRIKE PLAINTIFF'S RESPONSE TO INTEL CORPORATION'S MOTION TO DISMISS AND CROSS MOTION FOR SUMMARY JUDGMENT**

on the parties in this action by placing a true copy(ies) or the original(s) thereof enclosed in a sealed envelope(s) addressed as follows:

Larry Golden                                                                          Pro Se
740 Woodruff Rd., #1102
Greenville, SC 29607
864-288-5605

☒   **(BY FEDERAL EXPRESS)** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above or on the attached service list.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

Dated:  September 30, 2022                    /s/ *Lisa M. Moniz*

                                                                  Lisa M. Moniz