UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | Case No.22-cv-03828-NC<br><br>**CLERK'S NOTICE**<br>Re: Dkt. No. 7 |

　　Please take notice the hearing on Defendant's motion to dismiss, scheduled for November 2, 2022, at 1:00 p.m. before Judge Nathanael Cousins is vacated. The Court finds the motion suitable for decision without oral argument.

Dated:  October 28, 2022

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Lili Harrell, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable NATHANAEL M. COUSINS