1
2
3
4
5
6
7

Your Name: Larry Golden

Address: 740 Woodruff Rd #1102 G'ville SC 2

Phone Number: 864-288-5605

Fax Number:

E-mail Address: atpg-tech@charter.net

Pro Se

FILED

NOV 08 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

Division [check one]: ☐ San Francisco    ☐ Oakland    ☑ San Jose    ☐ Eureka

11

12

_____

13

Larry Golden

14

Plaintiff,

15

vs.

16

Intel Corporation

17

_____

18

_____

19

_____

20

21

Defendant.

Case Number: 5:22-cv-03828-NC

*[Check box for party submitting statement]*:

☑ **Plaintiff's**        ☐ **Defendant's**

**CASE MANAGEMENT STATEMENT**

DATE: November 7, 2022

TIME: _____

JUDGE: Hon. Nathanael M. Cousins

22
23
24
25
26
27
28

*[See the Instructions for more detailed information about how to complete this template.]*

CASE MANAGEMENT STATEMENT; CASE NO.: 5:22-cv-03828-NC
PAGE NO. 1   OF  8    *[JDC TEMPLATE – Rev. 05/17]*

1

2

### 1. **JURISDICTION**

*Mark the option that applies to your case.*

3

This Court has subject matter jurisdiction in this case under:

4

☑ Federal question jurisdiction because it is about federal laws or rights. *[List the laws

5

*or rights involved]* __Direct Infringement, Contributory Infringement, Joint Infringement,__

6

__Unjust Enrichment, Willful Infringement, Sherman Act, Clayton Act__

7

☑ Diversity jurisdiction because none of the Plaintiffs live in the same state as any of the

8

Defendants AND the amount of damages is more than $75,000.

9

### 2. **SERVICE**

*Complete the table to show when each defendant was served with the Complaint and whether

10

*any defendant will argue that this Court is not the correct one to decide this case.*

11

12

13

| Defendant's Name | Date Served or Expected to Serve | Does Defendant dispute that the Court has personal jurisdiction? | | Does Defendant dispute that this is the correct venue? | |
|---|---|---|---|---|---|
| Intel Corporation | 07/12/2022 | ☐ Yes | ☑ No | ☐ Yes | ☑ No |
| | | ☐ Yes | ☐ No | ☐ Yes | ☐ No |

14

15

16

☐ *Check box if there are more defendants, and provide the above information for each

17

*defendant on an additional page at the end of this document.*

18

### 3. **FACTS**

*Give a short description of the important facts in this case including facts that you and

19

*the other side disagree about. Add an additional page if needed.*

20

The Defendant does not have any genuine dispute to Plaintiff's alleged violations of the

21

Sherman Act, Clayton Act, Direct Infringement, Joint & Contributory Infringement,

22

Willful Infringement, Unjust Enrichment Claims. Thereby, Plaintiff is entitled to

23

summary judgement as a matter of law.

24

Plaintiff and Defendant disagree that this Case is ready to be tried by jury. Plaintiff's

25

evidence to be presented to the jury includes: 1) One hour video of Plaintiff's

26

conception [2004 filed with the USPTO] of Plaintiff's CMDC device; 2) One hour video

27

of the DHS conception of a new and improved cell phone [2007-08 contracted award to

28

Apple]; and, 3) Video of Gov't, proclaiming Jobs/Apple not inventor of the smartphone

## 4. **LEGAL ISSUES**

*Briefly explain the laws the Plaintiff says the Defendant violated.*

Antitrust: Defendant's motive to conspire in restraint of trade and conspiracy in restraint

of trade; illegal formation of a monopoly; maintanence in furtherance of a monopoly;

Contributory Infringement: Intel contributing certain parts, apparutus, or products that

contributes to the infringement of a patented invention. Willful Infringement: Intel was

served notice of Plaintiff's intellectual property subject matter as early as year 2010.

## 5. **MOTIONS**

*Complete the table to list any motions that have been filed or might be filed.*

| Party filing motion | Type of Motion | Date of Ruling (or "pending" or "to be filed") |
|---|---|---|
| Plaintiff | Motion for Summary Judgement | Pending |
| Plaintiff | Motion for Injunctive Relief | Pending |

☐*Check box if there are more motions and add a page at the end with additional information.*

## 6. **AMENDING THE COMPLAINT, ANSWER, COUNTERCLAIM/CROSSCLAIM**

*Mark one option to tell the Court whether you plan to change your claims or defenses.*

- The submitting party *[name]* Larry Golden
    - ☐ does <u>not</u> plan to amend the Complaint.
    - ☑ plans to amend the Complaint by *[date]* after decision on injunctive relief

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

\\

\\

## 7. EVIDENCE PRESERVATION

*Parties to a lawsuit must make sure that they are protecting and not destroying evidence that might be used in the case. Check the correct box or boxes.*

- The submitting party *[name]* Larry Golden _____ has

  ☐ reviewed the Guidelines for the Discovery of Electronically Stored Information

  ☐ spoken with the opposing parties about preserving evidence relevant to the issues one could reasonably understand to be part of this case

  ☐ plans to do the above by *[date]* _____

☐ *Check if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

## 8. INITIAL DISCLOSURES

*Initial Disclosures are lists of information that the parties must send each other at the beginning of a case. Check the box that applies, and provide the agreed date if needed.*

☑ Parties have sent each other Initial Disclosures.

☐ Parties have <u>not</u> yet sent each other Initial Disclosures, but agree to exchange them by *[date]* _____

## 9. DISCOVERY

*Give a short description of what you plan to investigate during discovery and if there are any discovery issues.*

Plaintiff is Pro Se and is limited to discovery from the internet [product specs. etc]

Plaintiff believes he has submitted enough factual allegations that are supported by

enough factual documentaion for the Court to determine Defendant has no geniune

ispute to the illegal conduct Plaintiff has alleged Defendant has cause. Plaintiff is

prepared to send Defendant the three videos Plaintiff intends to show the jury

1) Plaintiff's conception of the CMDC [smartphone] device-2004

2) DHS conception of the new, useful, and improved upon cell phone-2007

3) The Gov't [Nancy Pelosi] rejection that Jobs/Apple invented the smartphone

## 10. CLASS ACTIONS

Not applicable.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## 11. RELATED CASES

*Check the correct box to explain whether you are aware of any cases related to this one. If you check the second box, list the case number and the court, government agency, or other administrative body that will decide that case.*

The party submitting this statement

☐ is <u>not</u> aware of any related cases.

☑ is aware of related cases *[list cases]*:  Golden v. Qualcomm; Golden v. Apple;

[on appeal]; Golden v. Google

## 12. RELIEF SOUGHT

*State what the Plaintiff wants from the Defendant, or wants the Court to do, including any amount of money sought and how that amount was calculated. If a Defendant filed a counter or crossclaim, state the same information for the Defendant. Insert a page if needed.*

Total revenue ($1.131T) Intel received for the years 2010-2021, that includes the

projected amount of revenues will receive through years 2022-2026. Plaintiff has made

an offer to the Defendant for $5Billion that will settle the Antitrust allegations plus the

infringement allegations. The settlement offer includes a non-exclusive license.

Defendant has not responded.

## 13. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION ("ADR")

*Check at least one box in each section. If you need information to help you decide how to resolve the case, explain what that information is.*

The parties:

☑ have tried to settle the case.

☐ have not tried to settle the case.

The submitting party agrees to the following form of ADR:

☑ Settlement conference with a magistrate judge

☐ Mediation

☐ Other   Trial by Jury

Information needed:  Plaintiff is asking the Court to allow a jury to decide damages and award.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## 14. CONSENT TO HAVE A MAGISRATE JUDGE HEAR THE CASE

*Mark one option to let the Court know if you consent to have a magistrate judge hear the case.*

- The submitting party *[name]* ___Larry Golden___

☑ does consent to a magistrate judge.

☐ does <u>not</u> consent to a magistrate judge.

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

## 15. OTHER REFERENCES

*In unusual cases, the judge may refer a case to another decision-maker. If this is one of those cases, cross out "Not Applicable," and write in who should hear this case.*

Not applicable.

## 16. NARROWING OF ISSUES, CLAIMS, OR DEFENSES

*Use this section to explain if issues in this case could be resolved by agreement or by written papers submitted by the parties ("motion"). Check the box that applies, and explain.*

☐ Not applicable.

☑ Issues that can be resolved by agreement: ___Injunctive Relief; Settlement; Jury___ Trial

☑ Issues that can be resolved by motion:___Injunctive Relief; Summary Judgement___

## 17. EXPEDITED TRIAL PROCEDURE

*If you have questions about the Court's Expedited Trial Procedure, contact the Legal Help Center.*

Not applicable.

## 18.   SCHEDULING

*The Court usually fixes the case deadlines. If you want to propose a schedule, you can do so below. Be sure you will be in town and able to meet any deadlines proposed.*

☑ Agree to have Court set deadlines.

☐ Proposed deadlines:

CASE MANAGEMENT STATEMENT; CASE NO.: 5:22-cv-03828-NC
PAGE NO. 6__ OF 8__   *[JDC TEMPLATE – Rev. 05/17]*

## 19.   TRIAL

*Check the box that applies and estimate how long the trial will last.*

[✔]   This case will be tried by a jury.  The trial is expected to last 2___ days.

[ ]   This case will be tried by a judge.  The trial is expected to last ____ days.

## 20. DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES

*This Section tells the Court if anyone who is not named as a party in the case will be affected by the outcome. Usually, if you are representing yourself, the answer is "None." If there is an "interested party," cross out "None" and write in the names.*

None.

## 21. OTHER MATTERS

*Use this section to discuss other issues that would assist with the just, speedy, and inexpensive resolution of this case.*

The US District for the Eastern Court of Texas in Motiva Patents, LLC v. HTC

Corporation, E.D. Texas, 9:18-cv-00179 (Oct. 2019), ruled  "a policy of ignoring

others' patents is sufficient grounds for willful patent infringement"

Intel is barred from offering as a motion to dismiss defense under 12(b)(1) and 12(b)(6)

because this case "mirrors" Plaintiff's Google case that has been decided to have

subject matter jurisdiction; a claim has been stated for the relief sought; and, the case

is not frivolous

*NOTE: This document should not be longer than ten pages, including any pages you add at the end. Each party submitting this statement must sign and date below.*

Date: November 7, 2022    Sign Name: _____

Print Name:   Larry Golden /

*Pro se*

*Use this page if you need additional space for any Section. Be sure to write the Section number.*

Intel was knowledgeable of Plaintiff' s communicating, monitoring, detecting, and controlling devices since at least 2010 when Plaintiff made a request on Intel to cease and desist, and enter into a licensing agreement with Plaintiff. Under 35 U.S.C. 122(e), which provides a mechanism for third parties [Intel] to submit patents, published patent applications, or other printed publications of potential relevance to the examination of a patent application to prevent the grant of a patent. Intel could have intervened to invalidate Plaintiff's '752, '761, '891, '990, and '280 patents between years 2010-2013, Intel failed to do so. Intel could have intervened to invalidate Plaintiff's '189, '439, '287 and '619 patents between years 2015-2021 that has 25 Independent patent claims for the smartphone; but, failed to do so. Under the Leahy – Smith American Invents Act that was passed by Congress in 2011, Intel could have, after receiving knowledge of Plaintiff's patent subject matter in 2010, filed at the USPTO PTAB a petition for inter partes review (IPR) to invalidate any or all of Plaintiff's patents. Intel fail to do so. For 12 years Intel could have presented evidence to show Intel is not infringing Plaintiff's patents; Plaintiff's patents are invalid; that the cease and desist request was not proper; and, Intel does not need to license Plaintiff's patented inventions. Plaintiff is entitled to Summary Judgement, as a matter of law, for injunctive relief.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of November, 2022, a true and correct copy of the foregoing "Plaintiff's Case Management Statement", was served upon the following Defendant by priority "express" mail:

> Richard Tyler Atkinson
>
> McManis Faulkner
>
> 50 West San Fernando Street, 10th Floor
>
> San Jose, CA 95113
>
> Phone: (408) 279-8700
>
> Fax: (408) 279-3244
>
> Email: tatkinson@mcmanislaw.com

Larry Golden, Pro Se

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

atpg-tech@charter.net

864-288-5605

17