# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net



FILED

NOV 08 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

LARRY GOLDEN

*Pro Se* Plaintiff,

V.

INTEL CORPORATION.

Defendant.

---

CASE NO: <u>5:22-cv-03828-NC</u>

**(JURY TRIAL DEMANDED)**

**(Permanent Injunctive Relief) (Unjust Enrichment) (Contributory Infringement).**

November 7, 2022

---

## PLAINTIFF'S MOTION FOR PERMANENT INJUNCTIVE RELIEF

Pursuant to 15 U.S.C. § 26, Plaintiff is filing this "Motion for Injunctive Relief as a private party; "[A]ny person, firm, corporation, or association shall be entitled to sue for and have injunctive relief, in any court of the United States having jurisdiction over the parties, against threatened loss or damage by a violation of the antitrust laws..."

> *"A permanent injunction is a court order requiring a person to do or cease doing a specific action that is issued as a final judgment in a case. A court*

*will issue a permanent injunction only where money damages will not suffice. Failure to comply with an injunction may result in being held in contempt of court, which in turn may result in either criminal or civil liability."*

On 09/08/2022, the Federal Circuit issued opinions in three of Plaintiff's cases that Intel has relied on for a motion to dismiss under 12(b)(1) and 12(b)(6). In Intel's Motion to Dismiss, Intel proceeded to give a long dialogue on how subject matter of Plaintiff's case does not have jurisdiction; how Plaintiff has not made a claim that entitles him to relief; how Plaintiff's charts are just a "dazzling array"; and, that Plaintiff's complaint is "frivolous".

The Federal Circuit determined Plaintiff's cases are not facially frivolous; the charts are not a dazzling array; the District Court has jurisdiction; and, that Plaintiff owns the patent rights for a CMDC device that is at least a new cell phone, smartphone, desktop PC, tablet, and laptop.

Intel's attempt at dismissing this case for frivolousness is moot. Any other non-infringement defense Intel has presented, or is prepared to present to this Court, is barred by vertical *stare decisis*, because Plaintiff's literal infringement allegations against Intel, which '*mirrors*' that of Google, have been fully litigated and decided on Appeal by a Three-Judge Panel, at the United States Court of Appeals for the Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267.

Three-Judge Panel: "DISCUSSION. 'Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 … [T]his standard "requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Id.* at 555 (citation omitted). A plaintiff must allege facts that give rise to "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted) … this court has explained that a plaintiff … must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged."

"Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 ... It [claim chart] attempts [] to map claim limitations to infringing product features, and it does so in a relatively straightforward manner ...[W]e conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart...."

After the Federal Circuit's Three-Judge Panel reviewed Plaintiff's claim charts in view of the standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007); *Ashcroft v. Iqbal,* 556 U.S. 662 (2009); and, *In re Bill of Lading Transmission and Processing Sys. Pat. Litig.*, 681 F.3d 1323, 1335 (Fed. Cir. 2012) (citing *McZeal v. Sprint Nextel Corp.*, 501 F.3d 1354, 1357 (Fed. Cir. 2007), the Panel decided Plaintiff's claim charts "map claim limitations to infringing product features, and it does so in a relatively straightforward manner".

The Federal Circuit's Three-Judge Panel does not identify any portion of Plaintiff's claim charts "as irrelevant, immaterial, or scandalous under Fed. R. of Civ. P. 12(f)". Nor does the Three-Judge Panel identify any portion of Plaintiff's claim charts as being "frivolous". Plaintiff has alleged "enough fact[s] to raise a reasonable expectation ... that the defendant is liable for the misconduct alleged."

Defendant's non-infringement defense put forth in Defendant's motion to dismiss and motion to strike, is barred by vertical *stare decisis*.

With respect to vertical *stare decisis*, all tribunals exercising inferior jurisdiction are required to follow decisions of courts exercising superior jurisdiction. (*Auto Equity*, supra, 57 Cal.2d at p. 455.)

The Court of Appeals for the Federal Circuit (the Federal Circuit) is unique among the circuit courts of appeals because it has nationwide jurisdiction over certain subject matter, including patents. 28 U.S.C. § 1295(a)(1) (2006). See *Holmes Group, Inc. v. Vornado Air Circulation Systems, Inc.*, 535 U.S. 826 (2002); http://www.cafc.uscourts.gov/about.html. The Federal Circuit Court of

Appeals hears appeals from patent cases, but does not oversee its own district courts.

Regardless of the district court in which the Plaintiff in a patent case files suit, under federal law, the Federal Circuit Court of Appeals, in Washington, D.C., has exclusive jurisdiction over appeals if the case "arises under" any federal law related to patents [28 U.S.C. §1295(a)(1)].

Therefore, it is a waste of time for Plaintiff to have to appeal this case, which '*mirrors*' the Google case [same causes of actions, same allegations, same patents, and same patent claims] to the Federal Circuit Court of Appeals for relitigating the same.

The court sits primarily in Washington, DC. and is different from the other US federal appeals courts in that it hears cases based upon subject matter versus those matters brought in a specific geographic location. The decisions of the court, in particular in regard to cases involving patents are unique in that they are binding precedent. Decisions of this circuit are only superseded by changes in specific law, or from decisions rendered by the US Supreme Court. https://law.justia.com/cases/federal/appellate-courts/cafc/

The Federal Circuit acknowledge the sufficiency of Plaintiff's charts, which validates Plaintiff's patented rights for a CMDC device [claim 5 of the '287 patent]; a new and improved cell phone [claim 23 of the '439 patent]; and, a communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop... [claim 1 of the '189 patent].

"[S]martphones and tablets are undeniably considered computers. A computer is really any device that accepts input from a user, performs calculations on that input, and provides an output to the user. Usually, with a smartphone and tablet input is provided using a touch screen interface and the output is seen on a screen. Smartphones and tablets have many similarities to traditional desktop PCs. Desktop computers, laptops, smartphones, and tablets have a lot in common. They all contain a CPU, memory, display functionality and use an operating system that runs programs (apps) to perform different functions." https://www. computerhope.com/issues/ch001540.htm

Intel has failed to show any significant differences between Apple, Samsung, LG, and Google smartphones, or any significant differences between Dell, HP, Lenovo, AIM laptops, desktops, tablets that separates any one brand of smartphones, laptops, desktops, tablets, from any other brand of smartphones, laptops, desktops, tablets. Plaintiff alleges Intel is unlawfully "using" the laptops, desktops, and tablets to unjustly enrich itself.

Plaintiff has introduced into evidence, and now the Federal Circuit has confirmed: Plaintiff's communicating, monitoring, detecting, and controlling (CMDC) device comprises products grouped together by common features of design similarities, that include, but is not limited to: new and improved cell phones, laptops, tablets, desktop PCs; and, smartphones.

Therefore, the same opinion the Federal Circuit provided for the Google smartphones applies to Intel's alleged infringing "use" of laptops, desktops PCs, and tablets covered under Plaintiff's patents. Plaintiff has a right to exclude Intel's "use" of his patented invention(s) to generate hundreds of billions of dollars in revenue. There's only a few, if any, laptops, desktops PCs, tablets, and smartphones that are not covered by Plaintiff's patents.

Plaintiff has attached ***Exhibit A***, *Larry Golden v. Google LLC* Case No. 22-1267 "claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189."

The following chart uses the same claims of the same '287, '439, and '189 patents the Federal Circuit reviewed in the Google case. The difference is, the Intel chart identifies element-by-element how Intel has *contributed* to the infringement of Plaintiff's patents. Contributory infringement is a form of secondary liability for direct infringement of a patent. Intel may be held liable for infringement even though Intel may not actually engage in infringing activities.

| CMDC Devices (i.e., Dell, HP, Lenovo, AIM laptops, desktops, tablets, etc.) that Incorporates Intel Components | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|
|  **Specifications of Patents**: "In addition, the basic monitoring terminal … can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| **Intel Core** is a line of computer central processing units (CPUs) marketed by Intel Corporation. The Core processors includes the Intel Core i3, Intel Core i5, Intel Core i7, and Intel Core i9, the X-series of Intel CPUs.  Intel Core i7 as an Intel brand name applies to several families of desktop and laptop 64-bit x86-64 processors | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | | |
|---|---|---|---|
| Modern laptops with Intel CPUs have lots of temperature sensors built-in. Typically found: 1 in CPU; 1 extra in each CPU core (so for a typical laptop, up to 4); 1-2 in motherboard chipset(s);1 in each (hard) drive. Some laptops include additional sensors: on the heat pipes, battery, some spot in the case, memory slots, and raid controllers | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |
| Laptops with motion control: HP Chromebook 14 [CPU: 1.83GHz Intel Celeron N2940 processor] and the HP Envy 17 Leap Motion SE TouchSmart notebook [Intel Core i7-4702MQ (2.2 GHz, 6 MB cache, 4 cores)]. The new sensor allows for 3D motion sensing, letting you gesture in the air above the sensor to interact with an array of apps and usability tools on the PC | at least one motion sensor in communication with the at least one CPU; | X | X |
| Today, all modern laptops and smart devices now come with infrared light detection sensors as standard allowing screens to illuminate when an object is nearby and go dark when it is not. Tablets with Ambient Light Sensor: AIM-65 8" Industrial Tablet with Intel CPU Processor [Intel Atom x5-Z8350 (4 core 1.44 GHz)] and Ambient Light Sensor | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |

| | | | |
|---|---|---|---|
| 10.1" Rugged Tablet for Windows with NFC, 4G, GPS, & WIFI: CPU: 8th Generation KBL-R Intel® Core™ i5-8250U, 4M Cache, 3.40 GHz; Optional CPU: Optional: 8th Generation KBL-R Intel® Core™ i7-8550U, max. frequency 4.0 GHz  | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |
| 10.1" Rugged Tablet for Windows with NFC, 4G, GPS, & WIFI: CPU: 8th Generation KBL-R Intel® Core™ i5-8250U, 4M Cache, 3.40 GHz; Optional CPU: Optional: 8th Generation KBL-R Intel® Core™ i7-8550U, max. frequency 4.0 GHz  | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
| 10.1" Rugged Tablet for Windows with NFC, 4G, GPS, & WIFI: CPU: 8th Generation KBL-R Intel® Core™ i5-8250U, 4M Cache, 3.40 GHz; Optional CPU: Optional: 8th Generation KBL-R Intel® Core™ i7-8550U, max. frequency 4.0 GHz  | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | X |

| | | | |
|---|---|---|---|
| Intel's Internet of Things (IoT) is a network of devices that create, modify, delete, send, and receive data between each other on their own; use data; make decisions  Intel's architecture and implementation of an Internet Of things based mobile application for a door lock security system This implementation has two devices i.e., Mobile and the Door, both are connected to the internet. The sensors connected to the internet (IoT) to be monitored remotely from anywhere in the world. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |
| Power Management Settings for Intel® Wireless Adapters: You can use the power management options to enable a power-saving mode. Power management lets you select a balance between power consumption (or battery life) and wireless adapter performance. Low-Power Saving and Medium Power Saving have the same effect on Intel® Wireless Adapters. The setting under Device Manager Power Management Tab Allow the computer to turn off this device to save power has no effect on Wi-Fi power management. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |



HP Envy 13: Integrated UHD Graphics; Intel Core i7-1165G7; 13.3-inch FHD; Touchscreen Display; Fingerprint Scanner



Dell Vostro 15 5000 5510; Intel Iris Xe Graphics; 11th Generation Intel Core i7-11370H; 15.6-inch FHD (1920 x 1080); Anti-glare Display; Fingerprint Scanner



Lenovo IdeaPad 5; Intel Iris Xe Graphics; 11th Gen Intel Core i5-1135G7; 15.6" FHD WVA 300nits Anti-glare, 10-point Multi-touch Display; Fingerprint Scanner

at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device;

wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and

wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use

| | | | |
|---|---|---|---|
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals.<br><br>Power Management Settings for Intel® Wireless Adapters: Power management lets you select a balance between power consumption (or battery life) and wireless adapter performance. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals. Below: Intel Labs' Nabil Imam holds a Loihi neuromorphic chip in his Santa Clara, California, neuromorphic computing lab. (Walden Kirsch/Intel Corp)<br> | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| 10.1" Rugged Tablet for Windows with NFC, 4G, GPS, & WIFI: CPU: 8th Generation KBL-R Intel® Core™ i5-8250U, 4M Cache, 3.40 GHz; Optional CPU: Optional: 8th Generation KBL-R Intel® Core™ i7-8550U, max. frequency 4.0 GHz<br> | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |

| | | | |
|---|---|---|---|
| Intel has developed a new line of processors enhanced for IoT:  Intel Atom® x6000E CPU processor series and Intel® Pentium® and Intel® Celeron® N and J Series CPU processors. The processors build on new levels of CPU performance with integrated IoT features, real-time performance, manageability, security, and functional safety." https://www.intel.com/ | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; <br><br> a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |
| Intel's Internet of Things (IoT) is a network of devices that create, modify, delete, send, and receive data between each other on their own; use data; make decisions  Intel's architecture and implementation of an Internet Of things based mobile application for a door lock security system This implementation has two devices i.e., Mobile and the Door, both are connected to the internet. The sensors connected to the internet (IoT) to be monitored remotely from anywhere in the world. | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |

| | | | |
|---|---|---|---|
| Intel's Internet of Things (IoT) is a network of devices that create, modify, delete, send, and receive data between each other on their own; use data; make decisions<br><br>10.1" Rugged Tablet for Windows with NFC, 4G, GPS, & WIFI: CPU: 8th Generation KBL-R Intel® Core™ i5-8250U, 4M Cache, 3.40 GHz; Optional CPU: 8th Generation KBL-R Intel® Core™ i7-8550U, max. frequency 4.0 GHz<br> | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |
| Intel and Cornell trained Intel's Loihi neuromorphic chip to learn and recognize the scents of 10 hazardous chemicals … the activity of 72 chemical sensors in response to these smells and configured the circuit diagram of biological olfaction on Loihi. The chip quickly learned the neural representation of each of the smells and each odor, demonstrating a future for neuroscience and AI.<br><br>Intel's Loihi 2 neuromorphic chip | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

## SUMMARY JUDGEMENT FOR CONTRIBUTORY (INDIRECT) PATENT INFRINGEMENT AGAINST INTEL

Issued patents are not *frivolous*. "A patent shall be presumed valid." 35 U.S.C. § 282. The courts have interpreted this statutory provision to mean that, in order for a challenger to prove that a patent is invalid for violating one of the provisions of the Patent Act, he must make such proof by the heightened standard of 'clear and convincing' evidence.

The rationale behind this statutory provision is that the PTO is a Federal agency that has already passed on the validity of the claims of issued patents. Patent examiners are presumed to be experts in the subject matter of reviewing patent applications and granting patents. Thus, for the initial Federal review by an expert to have any meaning, a challenger must present evidence that reaches a higher level than merely more likely than not.

Plaintiff's Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., new and improved desktop PC, laptop, tablet, cell phone; or, smartphones) is designed through '*product grouping*' as an '*invention of inventions*' that's presumed valid.

### Contributory Infringement

Intel's liability for contributory infringement of Plaintiff's patent(s) is defined by 35 U.S.C. § 271(c): "Whoever offers to sell or sells within the United States … a material or an apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, … shall be liable as a contributory infringer."

The threshold requirement for a claim of contributory infringement is the existence of direct infringement. *See Deepsouth Packing Co. v. Laitram Corp.*,

406 U.S. 518 (1972).  There must also be a showing that the alleged contributory infringer knew of the patent and that his or her actions would lead to infringement of the patent.  *See Aro Mfg. Co. v. Convertible Top Replacement Co.*, 377 U.S. 476 (1964).

Intel was knowledgeable of Plaintiff's communicating, monitoring, detecting, and controlling (CMDC) devices. Plaintiff is alleging facts that supports Plaintiff's claim that Intel had prior knowledge of Plaintiff's patented CPUs designed for Plaintiff's CMDC [handset] devices."

On 12/16/2010: Plaintiff's notice letters and licensing offer was mailed U.S. Postal Service, Certified Mail to Mr. Paul S. Otellini, President & CEO Intel, and Mr. Curt J. Nichols, VP Intel Capital Intel, at Mission College Blvd., Santa Clara, CA 95054-1549. Intel received and signed for the letters 12/20/2010. Phone: 408-765-8080. Tracking Nos: 7010 1870 0002 0193 0360 and 7010 1870 0002 0193 0377. (Attached as ***Exhibit B*** to this document; and, attached in this Case 5:22-cv-03828-NC, at Dkt. 1-7 filed 06/28/22; Dkt. 13-1 filed 09/01/22; and, Dkt. 21-6; filed 09/27/22)

Intel was given twelve (12) years to produce a patent(s) that invalidates Plaintiff's patents for Plaintiff's Communicating, Monitoring, Detecting, and Controlling (CMDC) Device (i.e., new and improved desktop PCs; laptops; tablets, etc.) and Plaintiff's Central Processing Units (CPUs). During the same time period Intel had every opportunity to negotiate a licensing agreement with Plaintiff.

The US District for the Eastern Court of Texas in *Motiva Patents, LLC v. HTC Corporation,* E.D. Texas, 9:18-cv-00179 (Oct. 2019), ruled "a policy of ignoring others' patents is sufficient grounds for willful patent infringement". The court stated that intentionally being blind to the facts was essentially the same as knowing about a competitor's patent and infringing on it anyway.

When Intel imports, sells or offers to sell a component or part [Intel's CPU, Chipset, Processor, or SoC] that's used exclusively for a patented item [Plaintiff's CMDC devices—new and improved desktop PC; laptop; tablet, etc.] or process, is likely contributorily liable. Intel do not have to be involved in the sale, manufacture or use themselves to be liable.

Intel's violations are too massive to be considered coincidental.

## **RELIEF**

Plaintiff is seeking permanent injunctive relief of the Intel Core. The **Intel Core** is a line of central processing units (CPUs) marketed by Intel Corporation. The Core processors includes the Intel Core i3, Intel Core i5, Intel Core i7, and Intel Core i9, the X-series of Intel CPUs. Plaintiff's patented rights for the CPU are: Claims 4-6 of the '287 patent; and, claims 1-20 of the '619 patent.


Sincerely,


Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 7th day of November, 2022, a true and correct copy of the foregoing "Plaintiff's Motion for Permanent Injunctive Relief", was served upon the following Defendant by priority "express" mail:

Richard Tyler Atkinson

McManis Faulkner

50 West San Fernando Street, 10th Floor

San Jose, CA 95113

Phone: (408) 279-8700

Fax: (408) 279-3244

Email: tatkinson@mcmanislaw.com

Larry Golden, Pro Se

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

atpg-tech@charter.net

864-288-5605

# EXHIBIT A

## Google Pixel 5: "Literal Infringement" Element-by-Element

| Google Pixel 5 Smartphone | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|
|  | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |

| | | | |
|---|---|---|---|
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |

2

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a... Bluetooth connection, WiFi connection, internet connection... cellular connection... short range radio frequency (RF) connection, or GPS connection; | X |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |

| | | | |
|---|---|---|---|
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

5

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

## Google Pixel 5: Infringement under the "Doctrine of Equivalents" for CBRN Detection

| | | | |
|---|---|---|---|
| ***Google Pixel 5: Dual - 12.2 MP (megapixel), OIS 16 MP (megapixel)*** Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device … a cell phone detection device … a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device … a cell phone detection device … |

# EXHIBIT B

Case 5:22-cv-03828-NC   Document 27   Filed 11/08/22   Page 27 of 29
Case 5:22-cv-03828-NC   Document 21-6   Filed 09/27/22   Page 2 of 4
Case 5:22-cv-03828-NC   Document 13-1   Filed 09/01/22   Page 2 of 4

# ATPG Technology, LLC
### *(Anti-Terrorism Product Grouping)*

**522 Peach Grove Place, Mauldin, SC 29662**
E-mail: atpg-tech@charter.net
Bus. 864-288-5605 / Mobile: 864-992-7104

December 15, 2010

Intel Corporation
Attn: Curt J. Nichols, VP Intel Capital
2200 Mission College Blvd.
Santa Clara, CA 95054-1549

Dear Sir:

My name is Larry Golden, CEO of ATPG Technology, LLC. I want to introduce/present technology that I feel will be beneficial for projects being researched and developed within the divisions of your company.

I'm interested in speaking with you about the possibility of a licensing agreement(s) on the technology covered in my Patents and applications I have patent pending. My claims cover controlling vehicles, monitoring sensors, locking devices and cell phone RFID.

I have been granted two (2) patents: 7,385,497 (16 claims for detection systems) and 7,636,033 (10 claims for mobile control and monitoring a vehicle's operational equipment).

I have two (2) continuation applications that are patent pending; published application 12/657,356 (44 claims for cell phone detection system and locking systems [*I have received a verbal from the Examiner of allowance*]) and a non-published application 12/802,001 (20 claims for embedded sensors in cargo containers and UAVs, pre-programmed functions for a vehicle's operational equipment and product grouping network of security systems).

From the technology covered in the patents and applications that are patent pending, I introduced to the Department of Homeland Security (DHS) in a "white paper" proposal on September 1, 2010, six (6) systems for cargo container security.

1. A "Multi Sensor Detection System"
2. An "Internal Lock Disabling System"
3. An "External Interface Lock Disabling System"
4. A "Cell Phone Detection System"
5. A "Stall-to-Stop and Vehicle Slowdown System"
6. A "Built-In; Embedded Multi Sensor Detection and Lock Disabling System"

All have cell phone and/or handheld mobile communication capabilities; all can be grouped to form a single network or handled individually as part of multiple networks; all can be used with a maritime cargo container for cargo container security, and all have locating and tracking technology capabilities.

*Disclosure*: To overcome some prior art for the granted patent 7,636,033 and the published application 12/657,356 a "Swear Back" was accepted by the USPTO that establishes a priority date of March, 2001.

Case 5:22-cv-03828-NC   Document 27   Filed 11/08/22   Page 28 of 29
Case 5:22-cv-03828-NC   Document 21-6   Filed 09/27/22   Page 3 of 4
Case 5:22-cv-03828-NC   Document 13-1   Filed 09/01/22   Page 3 of 4

<u>Preview of patented and patent pending claims:</u>

Vehicles:
- The stall-to-stop and lock disabling system of claim 7 wherein the portable communication device is a cell phone.
- The stall-to-stop and lock disabling system of claim 8 wherein the portable communication device is a laptop computer.
- The stall-to-stop and lock disabling system of claim 9 wherein the portable communication device is a desktop PC.

Cell Phone Cases:
- Wherein the cell phone detector case is designed to be used with or without biometrics for authentication and identification, thereby allowing access to the product by authorized, trained, and equipped individuals and preventing access to the product by unauthorized, untrained, and unequipped individuals.
- The multi-sensor detection and automatic/mechanical lock disabler system of claim 14 wherein the cell phone detector case has monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween.
- The multi-sensor detection and automatic/mechanical lock disabler system of claim 15 wherein the cell phone detector case having a basic monitoring terminal can be adapted and incorporated to include desktop PC's, notebook, PC's, laptops, cell phones, LCD monitors, and satellite monitoring.
- The multi-sensor detection and automatic/mechanical lock disabler system of claim 16 wherein the cell phone detector case can be modified and adapted for inclusion with cell phone cases, satellite cell phone cases, laptop cases, notebook PC cases, PDA cases, carry-on cases, suitcases and briefcases.

Internal and External Locks:
- The automatic/mechanical lock disabler system of claim 34 wherein the automatic/mechanical lock disabler of claim 34 includes a Blue tooth connection, a Wi-Fi connection, a radio frequency connection, an Internet connection, a Cellular connection, a Satellite connection, all of which are interconnected to the central processing unit (cpu).
- The automatic/mechanical lock disabler system of claim 37 wherein the automatic/mechanical lock disabler can send and receive signals, send and receive warnings, send and receive commands, send and receive data, information and report the status of the sensors to and from a cell phone and any of the products listed in the product groupings.

Detection System:
- a multi sensor detection system with a plurality of interchangeable and integrable sensors detecting for chemical, biological, radiological, nuclear, explosive, human, contraband; camera, light and video sensors allow the user to access, review and respond to network multi sensor detection systems and view the environment from a cell phone, PDA, handheld, laptop, desktop, workstation or monitoring site;

Built-in Detection System:
- a built-in multi sensor detection system for monitoring products with a plurality of interchangeable and integrable sensors detecting for chemical, biological, radiological, nuclear, explosive, human, contraband; camera, light and video sensors allow the user to access, review and respond to network multi sensor detection systems and view the environment from a cell phone, PDA, handheld, laptop, desktop, workstation or monitoring site; sensors for motion, locks, perimeter, temperature, tampering and breach for the prevention of terrorist activity and theft.

Biometrics and Authentication
- a fingerprint biometric lock with disabler... for disabling and locking of the product and capable of being reset by the confirmation of an authorized fingerprint.
- wherein the disabling and slowdown means is designed to be used with or without biometrics for authentication.
- wherein the cell phone detector case is designed to be used with or without biometrics for authentication.
- a built-in biometric reader for authentication.

*Disclosure:* I filed a petition to get a prior filing date for application 12/657,356. If the petition office decides against it, I will file a reissue of the parent patent (7,636,033) and add all the claims of the two pending applications.

Thanking you in Advance,


Larry Golden, CEO
ATPG Technology, LLC

Case 5:22-cv-03828-NC   Document 27   Filed 11/08/22   Page 29 of 29
Case 5:22-cv-03828-NC   Document 21-6   Filed 09/27/22   Page 4 of 4
Case 5:22-cv-03828-NC   Document 13-1   Filed 09/01/22   Page 4 of 4

