TYLER ATKINSON (257997)
HILARY WEDDELL (293276)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:    (408) 279-3244
Email:          tatkinson@mcmanislaw.com

Attorneys for Defendant,
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>  Plaintiff,<br><br>  vs.<br><br>INTEL CORPORATION,<br><br>  Defendant. | Case No.:  C-22-03828 NC<br><br>**DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:    November 16, 2022<br>Time:   10:00 a.m.<br>Ctrm.:   5, 4th Floor<br>Judge:  Hon. Nathanael M. Cousins |

Defendant Intel Corporation ("Intel") requests that the Court postpone the Case Management Conference presently set for November 16, 2022, until at least 45 days after the Court rules on Intel's Rule 12 motion to dismiss. Intel also requests that the related case management and ADR deadlines be extended accordingly.

On August 2, 2022, Intel filed a motion to dismiss pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that Plaintiff lacks standing, that Plaintiff has failed to state a claim for which relief may be granted, and that this Court lacks jurisdiction over the subject matter of the action. (Dkt. 7.) Intel's motion sought dismissal of all claims against Intel. (*Id.*)

On September 14, 2022, this Court issued an Order continuing the Initial Case

Management Conference from September 28, 2022 to November 16, 2022. (Dkt. 20.) On October 28, 2022, this Court issued a Notice Vacating the November 2, 2022, hearing on Intel's Motion to Dismiss as the Court found the motion is suitable for decision without oral argument. (Dkt. 25.)  Intel's motion to dismiss is still under submission.

Plaintiff has lost numerous patent-related cases and appeals concerning the same patents at issue in this matter. (Dkt. 7-1, ¶ 2-17 and Exhs. A-P.) These actions have been dismissed no fewer than six (6) times at the complaint stage, with dismissal affirmed on appeal, in four (4) different federal court systems: the Federal District of South Carolina, the Court of Federal Claims, the Fourth Circuit Court of Appeals, and the Court of Appeals for the Federal Circuit. (*Id.*) Plaintiff has also unsuccessfully sued over a dozen private companies, and the federal government, concerning the very same patents. (*Id.*) He now targets a new defendant, Intel, in a new jurisdiction, hoping for a different result. As with his previous attempts, Plaintiff seeks tens of billions of dollars in purported damages, alleging some kind of theory involving his patents.

It would not be efficient to require the parties to proceed with the Rule 26(f) conference, case management statement, Case Management Conference, and other ADR requirements, before it has been established that Plaintiff will be able to allege any claims that this Court has jurisdiction to hear. Therefore, Defendants respectfully request the Court postpone the Case Management Conference and related case management and ADR deadlines until after the Court rules on Intel's motion to dismiss.

DATED: November 9, 2022

McMANIS FAULKNER

*/s/ Hilary Weddell*
TYLER ATKINSON
HILARY WEDDELL

Attorneys for Defendant, Intel Corporation