UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY GOLDEN,

        Plaintiff,

    v.

INTEL CORPORATION,

        Defendant.

Case No. 22-cv-03828-NC

**JUDGMENT**

On November 22, 2022, the Court GRANTED Defendant's Motion to Dismiss. Accordingly, judgment is entered in favor of Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 22, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge