# United States Court of Appeals for the Federal Circuit

___

**LARRY GOLDEN,**

*Plaintiff-Appellant*

v.

**INTEL CORPORATION,**

*Defendant-Appellee*

___

2023-1257

___

Appeal from the United States District Court for the Northern District of California in No. 5:22-cv-03828-NC, Magistrate Judge Nathanael M. Cousins.

___

**JUDGMENT**

___

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

                      FOR THE COURT

May 5, 2023         /s/ Peter R. Marksteiner
   Date                Peter R. Marksteiner
                         Clerk of Court