NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――

**LARRY GOLDEN,**

*Plaintiff-Appellant*

**v.**

**INTEL CORPORATION,**

*Defendant-Appellee*

―――――

2023-1257

―――――

Appeal from the United States District Court for the Northern District of California in No. 5:22-cv-03828-NC, Magistrate Judge Nathanael M. Cousins.

―――――

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

―――――

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, and STARK, *Circuit Judges*.[1]

PER CURIAM.

―――――

[1]   Circuit Judge Cunningham did not participate.

2                                   GOLDEN v. INTEL CORPORATION

# O R D E R

Larry Golden filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue June 28, 2023.

FOR THE COURT

June 21, 2023
    Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court