# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**

*Plaintiff-Appellant*

v.

**INTEL CORPORATION,**

*Defendant-Appellee*

---

2023-1257

---

Appeal from the United States District Court for the Northern District of California in No. 5:22-cv-03828-NC, Magistrate Judge Nathanael M. Cousins.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered May 5, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 28, 2023                /s/ Jarrett B. Perlow
   Date                      Jarrett B. Perlow
                             Acting Clerk of Court