Retail

U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC 29606
JAN 10, 2024
$28.75

95113
RDC 07
R2304M111995-88

**PRIORITY MAIL EXPRESS**

EI 908 310 657 US

RECEIVED
JAN 12 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

288-5605

29607

-NDC-SAN JOSE

ROOM 2112

or call 800-222-1811.

RNER

No: 22-3828

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code 29606 | Scheduled Delivery Date (MM/DD/YY) 1/11/24 | Postage $28.75 | |
| Date Accepted (MM/DD/YY) 1/10/24 | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted 3:34 ☐AM ☑PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 28.75 | |
| Weight ____ lbs. ____ ozs. | ☑ Flat Rate | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature |

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

UNITED STATES POSTAL SERVICE

PRESS FIRMLY TO SEAL   PRESS FIRM

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.



**UNITED STATES POSTAL SERVICE**

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)                    PHONE

LARRY GOLDEN
740 WOODRUFF R
#1102
GREENVILLE, SC

DELIVERY OPTIONS (Customer Use Only)
☒ SIGNATURE REQUIRED Note: The mailer must chec
Requires the addressee's signature; OR 2) Purchases additional
Purchases Return Receipt service. If the box is not checked, the P
mail receptacle or other secure location without attempting to obta
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, 
*Refer to USPS.com® or local Post Office™ for avail

TO: (PLEASE PRINT)                     PHONE (
U.S. DISTRICT COURT FOR TH
CASE NO: 22-3828
280 SOUTH 1ST STREET,
SAN JOSE, CA

ZIP + 4® (U.S. ADDRESSES ONLY)
9  5  1  1  3 -

■ For pickup or USPS Tracking™, visit USPS.com
■ $100.00 insurance included.


PEEL FROM THIS CO







# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006   EP13F July 2022
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs

PRIORITY
MAIL
EXPRESS®

GUARANTEED* ▪ TRACKED ▪ INSURED

For international shipments, the maximum weight is 20 lbs.